UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jonathan B. Gault                                           Docket No. 5:15-MJ-1019-1

### Petition for Action on Probation

      COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jonathan B. Gault, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge on April 8, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has failed to complete his court ordered treatment and community service hours at this time. The defendant was instructed to have them done by the proposed extension date or he would potentially be returned to court for noncompliance.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended for a period of 3 months to the new expiration date of July 7, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith                                        /s/ Mark Culp
Eddie J. Smith                                            Mark Culp
Supervising U.S. Probation Officer             U.S. Probation Officer
                                                             310 Dick Street
                                                             Fayetteville, NC 28301-5730
                                                             Phone: 910-483-8613
                                                             Executed On: April 1, 2016

### ORDER OF THE COURT

Considered and ordered this   1st   day of  April              , 2016 and ordered filed and made a part of the records in the above case.

*Robert T Numbers II*
Robert T. Numbers, II
U.S. Magistrate Judge

Case 5:15-mj-01019-RN     Document 10     Filed 04/04/16     Page 1 of 1